IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 16-6545 |
|---|---|---|
| v. | : | |
| JOSHUA MOSES | : | CRIMINAL ACTION NO. 14-232 |

## ORDER

**AND NOW**, this 24th day of January, 2018, upon consideration of Joshua Moses's *pro se* Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Crim. Docket No. 90) and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**. **IT IS FURTHER ORDERED** that Moses's Motion for Appointment of Counsel (Crim. Docket No. 95) is **DENIED** for the reasons stated in the accompanying Memorandum. As Moses has failed to make a substantial showing of the denial of a constitutional right, there is <u>no</u> basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 16-6545.

BY THE COURT:

John R. Padova, J.