IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOSHUA MOSES | : | NO. 14-232 |

## ORDER

**AND NOW**, this 31st day of August, 2020, upon consideration of Defendant's "Emergency Motion Seeking Compassionate Release/Reduction In Sentence and to Waive the Exhaustion Requirement Due to the COVID-19 Pandemic" (Docket Nos. 126 and 127), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.